UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK KEITH STEARNS,

                              Plaintiff,

        v.

THE WASHINGTON DEPARTMENT OF
SOCIAL HEALTH SERVICES, et al.,

                          Defendants.

CASE NO.  C11-5422BHS/JRC

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS

      The Court, having reviewed plaintiff's application to proceed in forma pauperis, does

hereby find and ORDER.

      Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act.  The portion of

the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff.

Plaintiff does not appear to have funds available to afford the $350.00 filing fee.  Plaintiff shall

note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any

other cost(s) of litigation.

      The Clerk is directed to mail a copy of this Order to Plaintiff.

      DATED this 6th day June, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1