UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK STEARNS.

Plaintiff,

v.

WASHINGTON STATE DEPARTMENT
OF SOCIAL HEALTH SERVICES, et al.,

Defendants.

CASE NO. C11-5422BHS/JRC

ORDER DIRECTING PLAINTIFF TO
CURE DEFICIENT COMPLAINT

The Court has reviewed plaintiff's proposed complaint (ECF Nos. 1, 4). Plaintiff complains of alleged Fourth and Fourteenth Amendment violations. He does not name a person as a defendant -- only a state agency.

In order to state a claim under 42 U.S.C. § 1983, a complaint must allege that: (l) the conduct complained of was committed by a person acting under color of state law; and (2) the conduct deprived a person of a right, privilege, or immunity secured by the Constitution or laws of the United States. Parratt v. Taylor, 451 U.S. 527, 535 (1981), *overruled on other grounds*, Daniels v. Williams, 474 U.S. 327 (1986). Section 1983 is the appropriate avenue to remedy an

ORDER - 1

alleged wrong only if both of these elements are present.  Haygood v. Younger, 769 F.2d 1350, 1354 (9th Cir. 1985), *cert. denied*, 478 U.S. 1020 (1986).

Neither states nor state officials acting in their official capacities are "persons" for purposes of 42 U.S.C. § 1983.  Will v. Michigan Dept. of State Police, 491 U.S. 58, 71 (1989). The Eleventh Amendment prohibits a state being sued in federal court for damages. See Seminole Tribe of Florida v. Florida 517 U.S. 44, 72 (1996) *overruled in part by* Cent. Va. Cmty. College v. Katz, 546 U.S. 356, 363 (2006); Natural Resources Defense Council v. California Dep't of Transportation, 96 F.3d 420, 421 (9th Cir. 1996).

This defect could be cured.  Plaintiff should be given the opportunity to amend the complaint.  Plaintiff is directed to file an amended complaint that cures the defect noted above. A response is due on or before July 8, 2011

The Clerk is directed to send a copy of this order to plaintiff, and note the July 8, 2011 due date on the court calendar.

DATED this 13th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge