UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK STEARNS,

    Plaintiff,

v.

REGGIE WOODS et al.

    Defendant.

CASE NO. 11-5422BHS

ORDER TO PROVIDE SERVICE DOCUMENTS

    This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has provided an amended complaint naming the defendants as Reggie Woods, Willie Stoddard, and Darold Weeks (ECF No. 7). Plaintiff has not provided service copies or filled out service forms.

    The plaintiff will have one month, until August 26, 2011, to provide the needed service documents. Failure to have the documents on file by August 26, 2011, will result

ORDER TO PROVIDE SERVICE DOCUMENTS - 1

in a Report and Recommendation that this action be dismissed for failure to prosecute and failure to follow a court order.

Dated this 18th day of July, 2011.

*signature*

J. Richard Creatura
United States Magistrate Judge