UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK KEITH STEARNS,

              Plaintiff,

v.

WILLIE STODDARD, et al.,

              Defendants.

CASE NO. C11-5422BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)      The R&R is **ADOPTED**;

(2)      Defendants' motion for summary judgment (Dkt. 20) is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**; and

(3)      Plaintiff's in forma pauperis is **REVOKED** for purposes of appeal.

Dated this 7th day of May, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER